DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MASSOOD JALLALI,**
Appellant,

v.

**MTGLQ INVESTORS, LP,**
Appellee.

No. 4D2023-0164

[February 15, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE17006063.

Matthew Z. Karim, Fort Lauderdale, for appellant.

Nicholas S. Agnello and Jacqueline Simms-Petredis of Burr & Forman LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KUNTZ and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***